IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTIN L. GOWIN, | : | |
| | : | |
| Plaintiff, | : | No. 4:CV-07-1528 |
| | : | |
| v. | : | (McClure, J.) |
| | : | |
| MICHAEL J. ASTRUE, | : | (Magistrate Judge Smyser) |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

June 16, 2008

**BACKGROUND:**

On July 17, 2007, plaintiff Kristin L. Gowin commenced this civil action under 42 U.S.C. §§ 405(g).  Gowin appeals the Commissioner's decision to deny disability benefits and asserts that the Commissioner's decision was not supported by substantial evidence.

The matter was initially referred to United States Magistrate J. Andrew Smyser.

On April 3, 2008, Magistrate Judge Smyser filed a sixteen-page report and recommendation.  (Rec. Doc. No. 12.)  In his report, the magistrate judge concluded that the ALJ's conclusion was supported by substantial evidence and

1

recommended denying plaintiff's appeal.  (Id.)

Plaintiff has not filed any objections to the magistrate judge's report and recommendation and the time for doing so has since passed.  Because plaintiff has elected not to object to the report and recommendation and because we agree with the magistrate judge's analysis and recommendation, we will adopt the report and recommendation in full.  For the purposes of judicial economy, we will not rehash the sound reasoning employed by the magistrate judge.  We agree with the magistrate judge's thorough analysis that the Commissioner's decision to deny plaintiff disability benefits was based on substantial evidence and that the appeal should be denied.

**NOW, THEREFORE,  IT IS ORDERED THAT:**

1. United States Magistrate Judge J. Andrew Smyser's Report and Recommendation is adopted in full.  (Rec. Doc. No. 12.)
2. Plaintiff's appeal is denied and the complaint is dismissed.
3. The clerk is directed to close the case file.

   s/James F. McClure, Jr.  
James F. McClure, Jr.  
United States District Judge